December 10, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

Court of Criminal Appeals of Texas
P.O.BOX 12308-- Capital Station
Austin, T.X. 78711

Dear Clerk's Office,

My name is Efrain Lopez TDC# 1953021, I write concerning the alleged PDR that was sopposed to be filed by my attorney. I have not received an official notice from this court.

My attorney is, Wendel A. Odom Jr (Texas Bar #15208500), 440 Louisiana St., STE 200, Houston, T.X. 77002. Office No. (713) 223-5575.

My Trial Court Cause No. is 1428270, 179th Judicial District Court of Harris, County, Texas.

My 14th Court of Appeals Judicial Dist. of Texas-Houston, T.X. number is: 14-14-00758-CR.

Mr. Odom states in the, Certificate of Service, that he electronicly sent my Petition for Discretionar Review, on November 20, 2015.

Please let me know if you have received my attorney's PDR in my behalf through an official notice. Please include the PD number, if available.

Thank you for your time and I hope to hear from you soon.


Sincerley,

Efrain Lopez TDC #1953021
    Telford Unit
3899 State Hwy. 98
New Boston, T.X. 75570